UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY TURNER, et al.,

    Plaintiffs

v.                                              CASE NO. 8:14-cv-2411-T-23MAP

INSURANCE COMPANY OF NORTH
AMERICA,

    Defendant.
_____/

**ORDER**

The parties announce (Doc. 56) a settlement in this action. Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on October 7, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE