UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:14-cv-2411-T-23 MAP

ROY TURNER and
MADELINE CONNOR,

    Plaintiffs,

vs.

INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL, WITH PREJUDICE**

    COME NOW the parties hereto, ROY TURNER and MADELINE CONNOR, Plaintiffs, and INSURANCE COMPANY OF NORTH AMERICA, Defendant, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) and hereby agree to the dismissal of all claims brought or which could have been brought in the captioned matter, with prejudice.  Each party shall bear their own attorney's fees and costs.

    Dated this 21st day of October, 2015.

| | |
|---|---|
| MARLOW, ADLER, ABRAMS,<br> NEWMAN & LEWIS<br>Attorneys for Broward County<br>4000 Ponce De Leon Boulevard, Suite 570<br>Coral Gables, Florida 33146<br>Telephone: (305) 446-0500<br>e-mail:  bmarx@marlowconnell.com | FREEMON & MILLER, P.A.,<br>Attorneys for Plaintiffs<br>8381 Gunn Highway<br>Tampa, Florida 33626<br>Telephone:  813-926-0777<br>e-mail:  RHobgood@FreemonMiller.com |
| By:  \_\_/s/ Bruce R. Marx_____<br>    BRUCE R. MARX<br>    Florida Bar No.:  0914177 | By:  \_\_/s/ Ron Hobgood\_\_\_\_\_<br>    RON HOBGOOD<br>    Florida Bar No.: 197161 |