UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY TURNER, et al.,

    Plaintiffs

v.                                     CASE NO. 8:14-cv-2411-T-23MAP

INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 58), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on October 22, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE